IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VANESSA STAR ROYAL,

    *Petitioner*,

v.                                           Case No.: 4:23cv104-MW/MAL

WARDEN GABBY, F.C.I.
TALLAHASSEE,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 8, is **DISMISSED for failure to exhaust her administrative remedies** or, in the alternative, **DENIED** as she is not entitled to relief." The Clerk shall close the file.

**SO ORDERED on September 11, 2024.**

                                                   **s/Mark E. Walker          **
                                                   **Chief United States District Judge**